IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-227

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| CHERRON HOLT (1) ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of the defendant for a peremptory setting the week of June 20, 2011, during the Court's June criminal trial term in the Charlotte Division. (Doc. No. 87).

Counsel for the defendant requests a setting that week to accommodate child-care issues. Unfortunately, the Court is not available to conduct the trial during that time because of the Fourth Circuit's Judicial Conference. The Court will, however, attempt to call this case for trial at a mutually convenient date for the parties.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendants, counsel for the defendants, and to the United States Attorney.

Signed: May 16, 2011

Robert J. Conrad, Jr.
Chief United States District Judge